# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| George B. Aimone III | § | Case No. 08-27033 |
| Mary Ann Aimone | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter of the United States Bankruptcy Code was filed on 10/08/2008 . The case was converted to one under Chapter 7 on 10/14/2009 . The undersigned trustee was appointed on 08/19/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $        74,992.18

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 25,134.34 |
| Bank service fees | 39.12 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 10,551.48 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]        $ | 39,267.24 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was 11/20/2015 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 6,472.04 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 6,472.04 , for a total compensation of $ 6,472.04 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 46.00 , for total expenses of $ 46.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/01/2016     By:/s/Zane L. Zielinski
                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 08-27033 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski |
|---|---|---|---|---|---|---|
| Case Name: | George B. Aimone III | | | | Date Filed (f) or Converted (c): | 10/14/2009 (c) |
| | Mary Ann Aimone | | | | 341(a) Meeting Date: | 08/24/2015 |
| For Period Ending: | 06/01/2016 | | | | Claims Bar Date: | 11/20/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking -Centry Bank | 0.00 | 0.00 | | 0.00 | FA |
| 2. Savings -Moe Local 150 Credit Union | 100.00 | 0.00 | | 0.00 | FA |
| 3. Pension Deferred Compensation Plan Through Employer | 16,000.00 | 0.00 | | 0.00 | FA |
| 4. Medical Malpractice Case  Overdose On Demoral Short Term Mem (u) | Unknown | 0.00 | | 0.00 | FA |
| 5. Workmens Compensation Case (u) | Unknown | 0.00 | | 0.00 | FA |
| 6. Medical Malpractice Case Steming From Class Action Coloplast (u) | Unknown | 0.00 | | 74,992.18 | FA |
| 7. 1999 Chevy Pick Up Truck | 2,400.00 | 0.00 | | 0.00 | FA |
| 8. 2002 Chevy Monte Carlo | 4,000.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $22,500.00 | $0.00 | | $74,992.18 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is investigating a personal injury settlement in excess of $50,000.

| RE PROP # | 4 | -- | This case had nominal value. |
| RE PROP # | 5 | -- | This matter is fully exempt. |
| RE PROP # | 6 | -- | This was scheduled with an Unknown value on August 19, 2015.  The Debtor received part of his exemption prior to the case being reopened. |

Initial Projected Date of Final Report (TFR): 02/28/2016      Current Projected Date of Final Report (TFR): 02/28/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 08-27033 | Trustee Name: | Zane L. Zielinski |
| --- | --- | --- | --- |
| Case Name: | George B. Aimone III | Bank Name: | Associated Bank |
|  | Mary Ann Aimone | Account Number/CD#: | XXXXXX4552 |
|  |  |  | Checking |
| Taxpayer ID No: | XX-XXX3686 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/01/2016 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/13/16 |  | PB Coloplast Qualified Settlement Fund<br>Amegy Bank<br>5 Post Oak Parkway<br>Houston, TX | PI Setlement |  | $49,857.84 |  | $49,857.84 |
|  |  |  | Gross Receipts $74,992.18 |  |  |  |  |
|  |  | Potts Law firm | ($21,372.77) | 3210-000 |  |  |  |
|  |  | Potts Law Firm | ($3,761.57) | 3220-000 |  |  |  |
|  | 6 |  | Medical Malpractice Case Steming From Class Action Coloplast $74,992.18 | 1242-000 |  |  |  |
| 04/13/16 | 5001 | Mary Aimone | debtor's Exemption | 8100-002 |  | $10,551.48 | $39,306.36 |
| 05/06/16 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $39.12 | $39,267.24 |

| | | |
| --- | ---: | ---: |
| COLUMN TOTALS | $49,857.84 | $10,590.60 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $49,857.84 | $10,590.60 |
| Less: Payments to Debtors | $0.00 | $10,551.48 |
| Net | $49,857.84 | $39.12 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*      Page Subtotals:     $49,857.84     $10,590.60

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4552 - Checking | $49,857.84 | $39.12 | $39,267.24 |
| | $49,857.84 | $39.12 | $39,267.24 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $25,134.34 |
| Total Net Deposits: | $49,857.84 |
| Total Gross Receipts: | $74,992.18 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 08-27033  
Debtor Name: George B. Aimone III  Mary Ann Aimone  
Claims Bar Date: 11/20/2015  
Date: June 1, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $6,472.04 | $6,472.04 |
| 100 2200 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $46.00 | $46.00 |
| 100 3210 | Potts Law firm | Administrative | | $0.00 | $0.00 | $21,372.77 |
| 100 3220 | Potts Law Firm | Administrative | | $0.00 | $3,761.57 | $3,761.57 |
| 1 300 7100 | University Anesthesiologists Sc<br>Lock Box 128<br>Glenview, Il 60025 | Unsecured | | $0.00 | $237.00 | $237.00 |
| 2 300 7100 | Creditors Collection<br>Po Box 63<br>Kankakee, Il 60901 | Unsecured | | $0.00 | $1,899.07 | $1,899.07 |
| 3 300 7100 | Silver Cross Hospital<br>Attn Patient Accounts Dept<br>1200 Maple Road<br>Joliet, Il 60432 | Unsecured | | $0.00 | $1,219.67 | $1,219.67 |
| 4 300 7100 | Atlantic Credit And Finance<br>C/O Weltman, Weinberg & Reis Co., L.P.A.<br>180 N. Lasalle St., Ste 2400<br>Chicago, Il 60601 | Unsecured | | $0.00 | $1,584.87 | $1,584.87 |
| 5 300 7100 | Ecast Settlement Corporation<br>Assignee Of<br>Household Finance Corporation<br>Beneficial<br>Pob 35480<br>Newark Nj 07193-5480 | Unsecured | | $0.00 | $3,834.22 | $3,834.22 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 08-27033  
Debtor Name: George B. Aimone III  Mary Ann Aimone  
Claims Bar Date: 11/20/2015  

Date: June 1, 2016

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 6 300 7100 | Capital One Bank (Usa), N.A.<br>C/O Tsys Debt Management (Tdm)<br>Po Box 5155<br>Norcross, Ga 30091 | Unsecured | | $0.00 | $8,420.03 | $8,420.03 |
| 7 300 7100 | Pra Receivables Management Llc<br>As Agent Of<br>Portfolio Recovery Associates Llc<br>Pob 41067<br>Norfolk Va 23541 | Unsecured | | $0.00 | $2,135.67 | $2,135.67 |
| 8 300 7100 | Ecast Settlement Corporation<br>Assignee Of<br>Capital One Bank<br>Pob 35480<br>Newark Nj 07193-5480 | Unsecured | | $0.00 | $7,589.47 | $7,589.47 |
| 9 300 7100 | Ecast Settlement Corporation<br>Assignee Of<br>Capital One Bank<br>Pob 35480<br>Newark Nj 07193-5480 | Unsecured | | $0.00 | $4,817.11 | $4,817.11 |
| 10 300 7100 | Ecast Settlement Corporation<br>Assignee Of<br>Chase Bank Usa Na<br>Pob 35480<br>Newark Nj 07193-5480 | Unsecured | | $0.00 | $1,901.45 | $1,901.45 |
| 11 300 7100 | Ecast Settlement Corporation<br>Assignee Of<br>Chase Bank Usa Na<br>Pob 35480<br>Newark Nj 07193-5480 | Unsecured | | $0.00 | $1,388.24 | $1,388.24 |
| 12 300 7100 | Ecast Settlement Corporation<br>Assignee Of<br>Chase Bank Usa Na<br>Pob 35480<br>Newark Nj 07193-5480 | Unsecured | This claim was withdraw on August 3, 2009. | $0.00 | $1,901.45 | $1,901.45 |
| 13 300 7100 | Ecast Settlement Corporation<br>Assignee Of<br>Chase Bank Usa Na<br>Pob 35480<br>Newark Nj 07193-5480 | Unsecured | This claim was withdraw on August 3, 2009. | $0.00 | $1,388.24 | $1,388.24 |
| 14 300 7100 | Roundup Funding, Llc<br>Ms 550<br>Po Box 91121<br>Seattle, Wa 98111-9221 | Unsecured | | $0.00 | $1,064.45 | $1,064.45 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 08-27033                                                                                    Date: June 1, 2016
Debtor Name: George B. Aimone III  Mary Ann Aimone
Claims Bar Date: 11/20/2015

|  | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 15 | Holsinger & Associates, Ltd. | Unsecured |  | $0.00 | $50.00 | $50.00 |
| 300 | Attorneys At Law |  |  |  |  |  |
| 7100 | 101 West Illinois Ave., Suite One |  |  |  |  |  |
|  | Morris, Il 60450 |  |  |  |  |  |
|  | Case Totals |  |  | $0.00 | $49,710.55 | $71,083.32 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-27033
Case Name: George B. Aimone III
  Mary Ann Aimone
Trustee Name: Zane L. Zielinski

Balance on hand    $    39,267.24

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski | $ 6,472.04 | $ 0.00 | $ 6,472.04 |
| Trustee Expenses: Zane L. Zielinski | $ 46.00 | $ 0.00 | $ 46.00 |
| Attorney for Trustee Fees: Potts Law firm | $ 21,372.77 | $ 21,372.77 | $ 0.00 |
| Other: Potts Law Firm | $ 3,761.57 | $ 3,761.57 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $    6,518.04
Remaining Balance    $    32,749.20

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,141.25 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 90.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | University Anesthesiologists Sc | $ 237.00 | $ 0.00 | $ 214.76 |
| 2 | Creditors Collection | $ 1,899.07 | $ 0.00 | $ 1,720.83 |
| 3 | Silver Cross Hospital | $ 1,219.67 | $ 0.00 | $ 1,105.20 |
| 4 | Atlantic Credit And Finance | $ 1,584.87 | $ 0.00 | $ 1,436.12 |
| 5 | Ecast Settlement Corporation Assignee Of | $ 3,834.22 | $ 0.00 | $ 3,474.36 |
| 6 | Capital One Bank (Usa), N.A. | $ 8,420.03 | $ 0.00 | $ 7,629.77 |
| 7 | Pra Receivables Management Llc As Agent Of | $ 2,135.67 | $ 0.00 | $ 1,935.23 |
| 8 | Ecast Settlement Corporation Assignee Of | $ 7,589.47 | $ 0.00 | $ 6,877.16 |
| 9 | Ecast Settlement Corporation Assignee Of | $ 4,817.11 | $ 0.00 | $ 4,365.00 |
| 10 | Ecast Settlement Corporation Assignee Of | $ 1,901.45 | $ 0.00 | $ 1,722.99 |
| 11 | Ecast Settlement Corporation Assignee Of | $ 1,388.24 | $ 0.00 | $ 1,257.94 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 14 | Roundup Funding, Llc | $ 1,064.45 | $ 0.00 | $ 964.54 |
| 15 | Holsinger & Associates, Ltd. | $ 50.00 | $ 0.00 | $ 45.30 |
| | Total to be paid to timely general unsecured creditors | | $ | 32,749.20 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE