# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **George B. Aimone, III** and **Mary Ann Aimone,** | Bankruptcy No. 08-27033 |
| Debtors. | Honorable Bruce W. Black |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #53)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on June 2, 2016.

Dated: June 2, 2016

**Zane L. Zielinski**, not individually but as the chapter 7 trustee of the bankruptcy estate of **George B. Aimone, III** and **Mary Ann Aimone,**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
    ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

## ECF SERVICE LIST

- **Michael G Berland** einstein829@earthlink.net, IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
- **Patrick S Layng** USTPRegion11.ES.ECF@usdoj.gov
- **Patrick A Meszaros** patrickmeszaros@yahoo.com
- **Gerald Mylander** mcguckin_m@lisle13.com
- **Stephen G Wolfe** steve.g.wolfe@usdoj.gov, jennifer.r.toth@usdoj.gov

## MANUAL SERVICE LIST

**VIA U.S. MAIL**
eCAST Settlement Corporation assignee of
Capital One Bank
POB 35480
Newark NJ 07193-5480

**VIA U.S. MAIL**
Creditors Collection
PO Box 63
Kankakee, IL 6090

**VIA U.S. MAIL**
Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

**VIA U.S. MAIL**
Atlantic Credit and Finance
C/O Weltman, Weinberg & Reis Co., L.P.A.
180 N. LaSalle St., Ste 2400
Chicago, IL 60601

**VIA U.S. MAIL**
PRA Receivables Management LLC as agent of
Portfolio Recovery Associates LLC
POB 41067
Norfolk VA 23541

**VIA U.S. MAIL**
Holsinger & Associates, Ltd.
Attorneys at Law
101 West Illinois Ave., Suite One
Morris, IL 60450

**VIA U.S. MAIL**
**George B. Aimone, III**
**Mary Aimone**
601 N. East St.
Gardner, IL 60424-7026

**VIA U.S. MAIL**
eCAST Settlement Corporation assignee of
Chase Bank USA NA
POB 35480
Newark NJ 07193-5480

**VIA U.S. MAIL**
CAPITAL ONE BANK (USA), N.A.
C/O TSYS DEBT MANAGEMENT (TDM)
PO BOX 5155
NORCROSS, GA 30091

**VIA U.S. MAIL**
eCAST Settlement Corporation assignee of
Household Finance Corporation Beneficial
POB 35480
Newark NJ 07193-5480

**VIA U.S. MAIL**
Silver Cross Hospital
Attn Patient Accounts Dept
1200 Maple Road
Joliet, IL 60432

**VIA U.S. MAIL**
University Anesthesiologists SC
Lock Box 128
Glenview, IL 60025