UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| George B. Aimone III | § | Case No. 08-27033 |
| Mary Ann Aimone | § | |
| | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                                    Assets Exempt: 43,800.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 32,749.20               Claims Discharged
                                                          Without Payment: 3,392.05

Total Expenses of Administration: 31,691.50

---

3) Total gross receipts of $ 74,992.18  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 10,551.48  (see **Exhibit 2**), yielded net receipts of $ 64,440.70  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 10,318.73 | 31,691.50 | 31,691.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 17,363.55 | 39,430.94 | 39,430.94 | 32,749.20 |
| **TOTAL DISBURSEMENTS** | $ 17,363.55 | $ 49,749.67 | $ 71,122.44 | $ 64,440.70 |

4) This case was originally filed under chapter on 10/08/2008, and it was converted to chapter 7 on 10/14/2009. The case was pending for 86 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/08/2016          By: /s/Zane L. Zielinski
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Medical Malpractice Case Steming From Class Action Coloplast | 1242-000 | 74,992.18 |
| **TOTAL GROSS RECEIPTS** | | **$74,992.18** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Mary Aimone | Exemptions | 8100-002 | 10,551.48 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 10,551.48** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski | 2100-000 | NA | 6,472.04 | 6,472.04 | 6,472.04 |
| Zane L. Zielinski | 2200-000 | NA | 46.00 | 46.00 | 46.00 |
| Associated Bank | 2600-000 | NA | 39.12 | 39.12 | 39.12 |
| Potts Law firm | 3210-000 | NA | 0.00 | 21,372.77 | 21,372.77 |
| Potts Law Firm | 3220-000 | NA | 3,761.57 | 3,761.57 | 3,761.57 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 10,318.73 | $ 31,691.50 | $ 31,691.50 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Atlantic Credit And Finance | 7100-000 | NA | 1,584.87 | 1,584.87 | 1,436.12 |
| 6 | Capital One Bank (Usa), N.A. | 7100-000 | 8,468.68 | 8,420.03 | 8,420.03 | 7,629.77 |
| 2 | Creditors Collection | 7100-000 | 40.66 | 1,899.07 | 1,899.07 | 1,720.83 |
| 10 | Ecast Settlement Corporation Assignee Of | 7100-000 | 1,430.08 | 1,901.45 | 1,901.45 | 1,722.99 |
| 11 | Ecast Settlement Corporation Assignee Of | 7100-000 | NA | 1,388.24 | 1,388.24 | 1,257.94 |
| 12 | Ecast Settlement Corporation Assignee Of | 7100-000 | NA | 1,901.45 | 1,901.45 | 0.00 |
| 13 | Ecast Settlement Corporation Assignee Of | 7100-000 | NA | 1,388.24 | 1,388.24 | 0.00 |
| 5 | Ecast Settlement Corporation Assignee Of | 7100-000 | NA | 3,834.22 | 3,834.22 | 3,474.36 |
| 8 | Ecast Settlement Corporation Assignee Of | 7100-000 | NA | 7,589.47 | 7,589.47 | 6,877.16 |
| 9 | Ecast Settlement Corporation Assignee Of | 7100-000 | 3,385.71 | 4,817.11 | 4,817.11 | 4,365.00 |
| 15 | Holsinger & Associates, Ltd. | 7100-000 | 50.00 | 50.00 | 50.00 | 45.30 |

UST Form 101-7-TDR (10/1/2010) *(Page: 5)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Pra Receivables Management Llc As Agent Of | 7100-000 | 2,135.67 | 2,135.67 | 2,135.67 | 1,935.23 |
| 14 | Roundup Funding, Llc | 7100-000 | 1,064.45 | 1,064.45 | 1,064.45 | 964.54 |
| 3 | Silver Cross Hospital | 7100-000 | 551.30 | 1,219.67 | 1,219.67 | 1,105.20 |
| 1 | University Anesthesiologists Sc | 7100-000 | 237.00 | 237.00 | 237.00 | 214.76 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 17,363.55 | $ 39,430.94 | $ 39,430.94 | $ 32,749.20 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 08-27033 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski |
|---|---|---|---|---|---|---|
| Case Name: | George B. Aimone III | | | | Date Filed (f) or Converted (c): | 10/14/2009 (c) |
| | Mary Ann Aimone | | | | 341(a) Meeting Date: | 08/24/2015 |
| For Period Ending: | 11/08/2016 | | | | Claims Bar Date: | 11/20/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking -Centry Bank | 0.00 | 0.00 | | 0.00 | FA |
| 2. Savings -Moe Local 150 Credit Union | 100.00 | 0.00 | | 0.00 | FA |
| 3. Pension Deferred Compensation Plan Through Employer | 16,000.00 | 0.00 | | 0.00 | FA |
| 4. Medical Malpractice Case Overdose On Demoral Short Term Mem (u) | Unknown | 0.00 | | 0.00 | FA |
| 5. Workmens Compensation Case (u) | Unknown | 0.00 | | 0.00 | FA |
| 6. Medical Malpractice Case Steming From Class Action Coloplast (u) | Unknown | 0.00 | | 74,992.18 | FA |
| 7. 1999 Chevy Pick Up Truck | 2,400.00 | 0.00 | | 0.00 | FA |
| 8. 2002 Chevy Monte Carlo | 4,000.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $22,500.00        $0.00        $74,992.18        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The final report was approved on June 24, 2016. I reissued check to one creditor that cleared in October. I will file TDR in November.

| RE PROP # | 4 | -- | This case had nominal value. |
| RE PROP # | 5 | -- | This matter is fully exempt. |
| RE PROP # | 6 | -- | This was scheduled with an Unknown value on August 19, 2015. The Debtor received part of his exemption prior to the case being reopened. |

Initial Projected Date of Final Report (TFR): 06/24/2016        Current Projected Date of Final Report (TFR): 06/24/2016

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 08-27033 | Trustee Name: Zane L. Zielinski | |
| Case Name: George B. Aimone III | Bank Name: Associated Bank | |
| Mary Ann Aimone | Account Number/CD#: XXXXXX4552 | |
| | Checking | |
| Taxpayer ID No: XX-XXX3686 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 11/08/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/13/16 | | PB Coloplast Qualified Settlement Fund<br>Amegy Bank<br>5 Post Oak Parkway<br>Houston, TX | PI Setlement | | $49,857.84 | | $49,857.84 |
| | | | Gross Receipts $74,992.18 | | | | |
| | | Potts Law firm | ($21,372.77) | 3210-000 | | | |
| | | Potts Law Firm | ($3,761.57) | 3220-000 | | | |
| | 6 | | Medical Malpractice Case Steming From Class Action Coloplast $74,992.18 | 1242-000 | | | |
| 04/13/16 | 5001 | Mary Aimone | debtor's Exemption | 8100-002 | | $10,551.48 | $39,306.36 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.12 | $39,267.24 |
| 06/24/16 | 5002 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $6,518.04 | $32,749.20 |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($6,472.04) | 2100-000 | | | |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($46.00) | 2200-000 | | | |
| 06/24/16 | 5003 | University Anesthesiologists Sc<br>Lock Box 128<br>Glenview, Il 60025 | Final distribution to claim 1 representing a payment of 90.61 % per court order. | 7100-000 | | $214.76 | $32,534.44 |
| 06/24/16 | 5004 | Creditors Collection<br>Po Box 63<br>Kankakee, Il 60901 | Final distribution to claim 2 representing a payment of 90.61 % per court order. | 7100-000 | | $1,720.83 | $30,813.61 |
| 06/24/16 | 5005 | Silver Cross Hospital<br>Attn Patient Accounts Dept<br>1200 Maple Road<br>Joliet, Il 60432 | Final distribution to claim 3 representing a payment of 90.61 % per court order. | 7100-000 | | $1,105.20 | $29,708.41 |
| | | | Page Subtotals: | | $49,857.84 | $20,149.43 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 08-27033 | Trustee Name: Zane L. Zielinski |
| Case Name: George B. Aimone III | Bank Name: Associated Bank |
| Mary Ann Aimone | Account Number/CD#: XXXXXX4552 |
| | Checking |
| Taxpayer ID No: XX-XXX3686 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/08/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/24/16 | 5006 | Atlantic Credit And Finance<br>C/O Weltman, Weinberg & Reis Co., L.P.A.<br>180 N. Lasalle St., Ste 2400<br>Chicago, Il 60601 | Final distribution to claim 4 representing a payment of 90.61 % per court order. | | 7100-000 | | $1,436.12 | $28,272.29 |
| 06/24/16 | 5007 | Ecast Settlement Corporation Assignee Of<br>Household Finance Corporation Beneficial<br>Pob 35480<br>Newark Nj 07193-5480 | Final distribution to claim 5 representing a payment of 90.61 % per court order. | | 7100-000 | | $3,474.36 | $24,797.93 |
| 06/24/16 | 5008 | Capital One Bank (Usa), N.A.<br>C/O Tsys Debt Management (Tdm)<br>Po Box 5155<br>Norcross, Ga 30091 | Final distribution to claim 6 representing a payment of 90.61 % per court order. | | 7100-000 | | $7,629.77 | $17,168.16 |
| 06/24/16 | 5009 | Pra Receivables Management Llc As Agent Of<br>Portfolio Recovery Associates Llc<br>Pob 41067<br>Norfolk Va 23541 | Final distribution to claim 7 representing a payment of 90.61 % per court order. | | 7100-000 | | $1,935.23 | $15,232.93 |
| 06/24/16 | 5010 | Ecast Settlement Corporation Assignee Of<br>Capital One Bank<br>Pob 35480<br>Newark Nj 07193-5480 | Distribution | | | | $11,242.16 | $3,990.77 |
| | | Ecast Settlement Corporation Assignee Of | Final distribution to claim 8 representing a payment of 90.61 % per court order. | ($6,877.16) | 7100-000 | | | |
| | | Ecast Settlement Corporation Assignee Of | Final distribution to claim 9 representing a payment of 90.61 % per court order. | ($4,365.00) | 7100-000 | | | |
| 06/24/16 | 5011 | Ecast Settlement Corporation Assignee Of<br>Chase Bank Usa Na<br>Pob 35480<br>Newark Nj 07193-5480 | Distribution | | | | $2,980.93 | $1,009.84 |
| | | Ecast Settlement Corporation Assignee Of | Final distribution to claim 10 representing a payment of 90.61 % per court order. | ($1,722.99) | 7100-000 | | | |

Page Subtotals: $0.00  $28,698.57

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 08-27033 | Trustee Name: Zane L. Zielinski |
| Case Name: George B. Aimone III | Bank Name: Associated Bank |
| Mary Ann Aimone | Account Number/CD#: XXXXXX4552 |
| | Checking |
| Taxpayer ID No: XX-XXX3686 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/08/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Ecast Settlement Corporation Assignee Of | Final distribution to claim 11 representing a payment of 90.61 % per court order. | ($1,257.94) | 7100-000 | | | |
| 06/24/16 | 5012 | Roundup Funding, Llc<br>Ms 550<br>Po Box 91121<br>Seattle, Wa 98111-9221 | Final distribution to claim 14 representing a payment of 90.61 % per court order. | | 7100-000 | | $964.54 | $45.30 |
| 06/24/16 | 5013 | Holsinger & Associates, Ltd.<br>Attorneys At Law<br>101 West Illinois Ave., Suite One<br>Morris, Il 60450 | Final distribution to claim 15 representing a payment of 90.61 % per court order. | | 7100-000 | | $45.30 | $0.00 |
| 10/07/16 | 5013 | Holsinger & Associates, Ltd.<br>Attorneys At Law<br>101 West Illinois Ave., Suite One<br>Morris, Il 60450 | Final distribution to claim 15 representing a payment of 90.61 % per court order.<br>Reversal<br>Check Returned | | 7100-000 | | ($45.30) | $45.30 |
| 10/07/16 | 5014 | Holsinger & Associates, Ltd.<br>Attn: Russelle L. Holsinger<br>Post Office Box 178<br>Coal City, Illinois 60418 | Claim Payment | | 7100-000 | | $45.30 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $49,857.84 | $49,857.84 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $49,857.84 | $49,857.84 |
| Less: Payments to Debtors | $0.00 | $10,551.48 |
| Net | $49,857.84 | $39,306.36 |

Page Subtotals: $0.00 $1,009.84

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4552 - Checking | $49,857.84 | $39,306.36 | $0.00 |
|  | $49,857.84 | $39,306.36 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $25,134.34 |
|---|---|
| Total Net Deposits: | $49,857.84 |
| Total Gross Receipts: | $74,992.18 |

Page Subtotals:   $0.00   $0.00